SHAWN MARSHALL
Full name(s)
Correctional Industrial Facility
5124 West Reformatory Road
Street address or postal box number

Pendleton, Indiana 46064
City, State and zip code

None
Phone Number

**FILED**
**10/27/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-01941-JMS-CSW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. _____
(To be supplied by the Court)

SHAWN MARSHALL
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

Nurse ▮▮▮▮ Richie
Centurion Health

_____ Defendant(s).
(Enter above the full name of ALL defendants in this action. Do not use "et al".)

# CIVIL RIGHTS COMPLAINT

## I. PARTIES

**1. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: SHAWN Marshall #218555

Present Place of Confinement or Mailing Address: Correctional Industrial Facility, 5124 West

Reformatory Road, Pendleton, Indiana 46064

2. **Defendant's Information**: (*NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.*)

**Name of Defendant 1**: Nurse Richie

Title (If applicable): RN

Address of Defendant: 5124 W. Reformatory Rd.
Pendleton, IN. 46064

**Name of Defendant 2**: Centurion Health

Title (If applicable): Health Care Provider

Address of Defendant: _____

**Name of Defendant 3**: _____

Title (If applicable): _____

Address of Defendant: _____

**Name of Defendant 4**: _____

Title (If applicable): _____

Address of Defendant: _____

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_____ U.S.C. § _____
_____ U.S.C. § _____

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

[✓] Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

[ ] Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

[ ] Other (cite statute, if known)_____

## IV. CLAIMS

**BRIEFLY** state the background of your case.

deliberate indifference to medical care.

**Claim I**: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On 10/8/23 at 4:15 p.m. the nurse who's name is Richie was passing out pills in the lockdown Unit. When she came to my door to give me my meds. I told her that I was getting hot + cold and I felt really sick. I asked her could she take my temperture and she told me no. I said that

**Claim II:** I really need for you to check it cause I really need your help. She put in a HCRF. I asked her could I get some tylenol for my headache and she said that'll $10 and you still ain't getting seen today. Four hours later another offender complained of being sick and another nurse came

**Claim III:** to the lockdown unit so I asked the officer to ask her could I speak with her and she came and I asked her could she check my Temp. Because I was in pain + had a headache. She did and my Temp. was °104. She gave me Tylenol and came back to check my Temp and it had reduced to °101.7

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ☐ Yes ☒ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. ☑Yes ☐No

If your answer is "Yes", briefly describe how relief was sought and the result:

I Asked For Nurse Richie to be written up.

_____

_____

_____

_____

### VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.   Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s): _____

b.   Name and location of court and docket number:_____

c.   Grounds for dismissal:
   ☐frivolous ☐malicious ☐failure to state a claim upon which relief may be granted

d.   Approximate date of filing lawsuit: _____

e.   Approximate date of disposition: _____

## VII. REQUEST FOR RELIEF

I request the following relief: I Am seeking $85,000 for my Pain And Suffering. Also that any policy be changed when a inmate is hurting, that nurses can take their Temp, I'm Asking for Compensatory damages And Punitive damages A total of $150,000

_____   _Shawn E. Marshall_
Original signature of attorney (if any)   **Plaintiff's Original Signature**

Date: _____   SHAWN MARSHALL
 **Plaintiff's Printed Name**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate**.
Executed at _Pendleton_ on _Oct 26, 2023_.
  (location)           (date)

_Shawn E. Marshall_
**Plaintiff's Original Signature**

**Plaintiff demands a trial by jury.** ☑Yes ☐No