UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAWN MARSHALL,<br><br>          Plaintiff,<br><br>          v.<br><br>RICHEY Nurse,<br>MIRACLE Officer,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)    No. 1:23-cv-01941-MPB-CSW<br>)<br>)<br>)<br>)<br>) |

**ORDER RESETTING CASE MANAGEMENT DEADLINES**

This matter is before the Court *sua sponte.* On May 19, 2026, the Court entered an Order (Dkt. 68) denying Defendants' *Motion to Dismiss for Failure to Prosecute* (Dkt. 62) as moot. Accordingly, the deadline for all remaining discovery is **40 days** from the date of this Order, up to and including **July 7, 2026.** The deadline for all dispositive motions is **60 days** from the date of this Order, up to and including **July 27, 2026.**

       **SO ORDERED.**

**Date:** May 28, 2026

                    Crystal S. Wildeman
                    United States Magistrate Judge
                    Southern District of Indiana

**Distribution:**

SHAWN MARSHALL
602 Magnolia Street
Thomasville, GA 31792
PRO SE

Distributed electronically via ECF to counsel of record.